# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

MAC DAVID COCHRAN,

       Petitioner/Appellant,

   vs.

DERRAL G. ADAMS,

       Respondent/Appellee.

Civil No. 04cv1796-LAB(WMc)

**ORDER RE: CERTIFICATE OF APPEALABILITY**

On September 25, 2007 Appellant filed a notice of appeal and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253. The final order Appellant challenges is in a proceeding under 28 U.S.C. § 2254. After reviewing the matter, the Court finds:

❑ That probable cause exists for the appeal taken in the above-named cause through the United States Court of Appeals for the Ninth Circuit from the Order of this Court denying Petitioner's application for Writ of Habeas Corpus. The appellant has made a substantial showing of the denial of a constitutional right with respect to the following issues:

_____

_____

☒ That probable cause does not exist for the appeal. The appellant has not made a substantial showing of the denial of a constitutional right.

**IT IS SO ORDERED.**

DATED:  _9-28-07_

_Larry A. Burns_

**HON. LARRY ALAN BURNS**
United States District Judge

Copies to: ALL PARTIES

K:\COMMON\BURNS\_CASES DJ\CIVIL\EVEN RLW\COCHRAN\COA.ORD

Rev. 8/97